```
                                    ┌─────────────────────────┐
                                    │         FILED           │
                                    │ CLERK, U.S. DISTRICT COURT │
                                    │  ┌───────────────────┐  │
                                    │  │    01/29/2025     │  │
                                    │  └───────────────────┘  │
                                    │ CENTRAL DISTRICT OF CALIFORNIA │
                                    │ BY: ____E.C.____ DEPUTY │
                                    └─────────────────────────┘
```

**UNDER SEAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>ONOFRE MARCIAL,<br>  aka "George," and<br>ERIN YAIR MIRANDA,<br>  aka "Blaster,"<br><br>              Defendants. | Case No. 8:25-cr-00009-FWS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy;<br>18 U.S.C § 922(a)(1)(A): Engaging in<br>the Business of Dealing in Firearms<br>Without a License; 18 U.S.C.<br>§ 922(g)(1): Felon in Possession of<br>Firearms; 18 U.S.C. § 922(o)(1):<br>Possession of Machinegun; 26 U.S.C.<br>§ 5861(d): Possession of<br>Unregistered Firearms; 18 U.S.C.<br>§ 2(a): Aiding and Abetting;<br>18 U.S.C. § 924(d)(1), 28 U.S.C.<br>§ 2461(c): Criminal Forfeiture] |

      The Grand Jury charges:

                          COUNT ONE

                      [18 U.S.C. § 371]

                [DEFENDANTS MARCIAL and MIRANDA]

A.    INTRODUCTORY ALLEGATION

     At all times relevant to this Indictment, neither defendants ONOFRE MARCIAL, also known as "George," and ERIN YAIR MIRANDA, also known as "Blaster," nor any other co-conspirator, had a federal

firearms license issued by the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and thus no participant in the conspiracy was licensed to import, manufacture, or deal in firearms.

B.    OBJECT OF THE CONSPIRACY

Beginning on an unknown date, but as early as in or around September 2023, and continuing until at least on or about December 3, 2024, in Orange and Riverside Counties, within the Central District of California, defendants MARCIAL and MIRANDA, together with other persons, conspired to engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A).

C.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE
      ACCOMPLISHED

The object of the conspiracy was to be accomplished, in substance, as follows:

1.    Defendants MARCIAL and MIRANDA would offer and arrange to sell firearms, as well as ammunition, firearm magazines, and other firearm parts, to other persons in exchange for money, and defendants MARCIAL and MIRANDA would negotiate the sale price for the firearms and other items.

2.    Defendants MARCIAL and MIRANDA would acquire firearms, as well as ammunition, firearm magazines, and other firearm parts, for sale to their customers, and would machine and otherwise manufacture certain of the firearms in accordance with their customers' specifications.  Defendants MARCIAL and MIRANDA also guaranteed the quality of the firearms that they sold and promised to fix any defect in the firearms.

3.    Defendants MARCIAL and MIRANDA would personally possess and deliver the firearms, and in some circumstances ammunition, firearm magazines, and other firearm parts as well, to their customers in exchange for cash in the amount of the agreed-upon sale prices.

D.    OVERT ACTS

On or about the following dates, in furtherance of the conspiracy and to accomplish the object of the conspiracy, defendants MARCIAL and MIRANDA, together with other persons, committed various overt acts within the Central District of California, including, but not limited to, the following:

**September 28, 2023: MIRANDA's Sale of a .38 Caliber Pistol**

Overt Act No. 1:    On or about September 26, 2023, in various text messages, defendant MIRANDA arranged to sell a .38 caliber pistol to another person, who was, in fact, an undercover law enforcement officer ("UC-1"), and he asked if UC-1 was interested in "anything else" and noted he could make "big bodies" (i.e., rifles).

Overt Act No. 2:    On or about September 28, 2023, defendant MIRANDA delivered a Colt .38 caliber revolver pistol, bearing serial number 716706, to UC-1 in exchange for $740 in cash and made clear that he was willing to sell more guns to UC-1.

Overt Act No. 3:    Shortly after the September 28, 2023 transaction, defendant MIRANDA called UC-1 to say that he had a Tec-9 pistol available for $750 and AR-type firearms available for a price of approximately $1,000 to $1,200 each.

**October 6, 2023: MIRANDA's Sale of Tec-9 Pistol**

Overt Act No. 4:    During the period from September 28, 2023 to October 6, 2023, in telephone calls and text messages, defendant MIRANDA arranged to sell a Tec-9 pistol to UC-1 in exchange for cash.

3

Overt Act No. 5:   On or about October 6, 2023, defendant MIRANDA delivered an Intratec, model Tec-9, 9mm caliber pistol, bearing serial number 18372, to UC-1 in exchange for $800 in cash plus a $50 broker fee.

**October 19, 2023: MIRANDA's Sale of AR-Type Pistol**

Overt Act No. 6:   During the period from October 6, 2023 to October 18, 2023, in telephone calls and text messages, defendant MIRANDA arranged to sell an AR-type pistol to UC-1 in exchange for cash, and he offered to make multiple AR-type rifles for UC-1 for approximately $1,000 each but wanted a down payment for a multi-gun deal due to another customer's failure to buy 10 rifles that the customer had ordered.

Overt Act No. 7:   On or about October 19, 2023, defendant MIRANDA met with UC-1 another undercover law enforcement officer ("UC-3") and delivered a privately-manufactured AR-type 5.56mm caliber pistol, bearing no serial number (commonly referred to as a "ghost gun"), along with a high-capacity magazine and 40 rounds of .223 caliber Frontier ammunition, to UC-3 in exchange for $1,200 in cash.

**November 9, 2023: MIRANDA and MARCIAL's Sale of AR-Type Rifle**

Overt Act No. 8:   During the period from October 20, 2023 to November 9, 2023, in telephone calls and text messages, defendant MIRANDA arranged to sell an AR-type rifle to UC-3.

Overt Act No. 9:   On or about November 9, 2023, defendant MIRANDA, accompanied by defendant MARCIAL, delivered an Anderson Manufacturing, model AM-15, multi-caliber rifle, bearing serial number 20320239, to UC-3 in exchange for $1,350 in cash, plus a $100 broker fee for defendant MIRANDA, and defendant MARCIAL admitted that

he made the rifle, indicated an interest in selling other firearms to UC-3 through MIRANDA, and admitted that his specialty ("main thing") was making short-barreled rifles ("shorties").

**November 30, 2023: MARCIAL's Sale of Two Firearms**

Overt Act No. 10:  During the period from November 11, 2023 to November 19, 2023, in multiple text messages, defendant MIRANDA offered and made arrangements to sell a variety of firearms to UC-3, including short-barreled rifles ("shorty ar's") from defendant MARCIAL (i.e., his "father-in-law").

Overt Act No. 11:  During the period from November 23, 2023 to November 30, 2023, in multiple text messages, defendant MARCIAL advised UC-3 that defendant MIRANDA was in custody following his arrest for another offense, but said that he (defendant MARCIAL) was interested in selling two firearms to UC-3 for a total of $2,000.  In related texts about the price, defendant MARCIAL noted that he would likely take a loss on the guns because of the cost of having to drive out of state to get the lower-receivers.

Overt Act No. 12:  On or about November 30, 2023, defendant MARCIAL delivered two firearms to UC-3 in exchange for $2,000 in cash, namely, an Anderson Manufacturing, model AM-15, short-barreled rifle, bearing serial number 20188188, and an AR-type 5.56mm caliber pistol, bearing no serial number.

**January 17, 2024: MARCIAL's Sale of Six Rifles**

Overt Act No. 13:  During the period from December 5, 2023 to January 17, 2024, in text messages and telephone calls, defendant MARCIAL arranged to sell six AR-type rifles, five of which were short-barreled rifles, to UC-3 in exchange for $7,000.  In related text messages, defendant MARCIAL explained that the higher sale price

for the short-barreled rifles was due to the fact that he had to drive out of state to get parts.

Overt Act No. 14:   On or about January 17, 2024, defendant MARCIAL, together with an associate, delivered six rifles to UC-3 in exchange for $7,000, namely, five AR-type short-barreled rifles, each bearing no serial number, and an AR-type rifle, bearing no serial number.

**February 22, 2024: MARCIAL's Sale of Seven Rifles**

Overt Act No. 15:   During the period from January 18, 2024 to February 22, 2024, in multiple text messages, defendant MARCIAL arranged to sell seven rifles, including five short-barreled rifles, to UC-3 for $7,000.

Overt Act No. 16:   On or about February 22, 2024, defendant MARCIAL delivered seven rifles to UC-3 in exchange for $7,000 in cash, namely, a Ruger, model 21160, .22 caliber rifle, bearing serial number 0008-32401; a Smith & Wesson, model TC Compass, 6.5mm Creedmoor caliber rifle, bearing serial number THV0544; and five AR-type short-barreled rifles, each bearing no serial number.

**March 14, 2024: MARCIAL's Sale of Eight Rifles**

Overt Act No. 17:   During the period from February 22 to March 14, 2024, in text messages and telephone calls, defendant MARCIAL arranged to sell eight short-barreled rifles to UC-3 in exchange for $7,000.

Overt Act No. 18:   On or about March 14, 2024, defendant MARCIAL delivered eight AR-type 5.56mm caliber short-barreled rifles, each bearing no serial number, to UC-3 in exchange for $7,000 in cash.

**May 9, 2024: MARCIAL's Sale of Six Rifles and AR-15 Auto-Sear**

Overt Act No. 19:   During the period from April 26, 2024 to May 9, 2024, in multiple text messages, defendant MARCIAL arranged to sell six AR-type short-barreled rifles and an AR-15 Auto-Sear, which is a part that converts AR-15 rifles into machineguns, to UC-3 in exchange for $6,500.

Overt Act No. 20:   On or about May 9, 2024, defendant MARCIAL delivered six AR-type 5.56mm caliber short-barreled rifles, each bearing no serial number, and an AR-15 Auto-Sear, to UC-3 in exchange for $6,500 in cash.

**July 26, 2024: MARCIAL's Sale of Seven Rifles**

Overt Act No. 21:   During the period from May 23, 2024 to July 26, 2024, in multiple text messages, defendant MARCIAL arranged to sell seven AR-type 5.56mm caliber short-barreled rifles to UC-3 in exchange for $7,700, but he advised that an associate would make the delivery because the agreed delivery time conflicted with MARCIAL's work schedule.

Overt Act No. 22:   On or about July 26, 2024, defendant MARCIAL, by and through his associate, delivered seven AR-type 5.56mm caliber short-barreled rifles, each bearing no serial number, to UC-3 in exchange for $7,700 in cash.

**September 17, 2024: MARCIAL's Attempted Sale of 11 Rifles**

Overt Act No. 23:   During the period from July 29, 2024 to September 16, 2024, in multiple text messages, defendant MARCIAL arranged to sell eleven AR-type short-barreled rifles to UC-3 in exchange for $10,725, and he agreed to have those delivered by an associate in Santa Ana, California, on September 17, 2024.

1      Overt Act No. 24:   On or about September 17, 2024, in
2   preparation for the planned sale to UC-3 later that day, defendant
3   MARCIAL possessed at his residence eleven AR-type 5.56mm caliber
4   short-barreled rifles, each bearing no serial number, as well as
5   various firearm parts and tools.

6   **November 5, 2024: MIRANDA and MARCIAL's Sale of Five Rifles**

7      Overt Act No. 25:   During the period from September 18, 2024 to
8   November 4, 2024, defendants MARCIAL and MIRANDA both exchanged text
9   messages with UC-3 to arrange the sale of five AR-type short-barreled
10  rifles to UC-3 in exchange for $5,500.

11     Overt Act No. 26:   On or about November 5, 2024, defendant
12  MIRANDA delivered five AR-type .300 caliber short-barreled rifles,
13  each bearing no serial number, to UC-3 in exchange for $5,500 in
14  cash, and defendant MIRANDA confirmed, during the meeting, that the
15  rifles were made by "both" him and defendant MARCIAL.

16  **December 3, 2024: MIRANDA and MARCIAL's Sale of Eight Rifles**

17     Overt Act No. 27:   During the period from November 6, 2024 to
18  December 3, 2024, in multiple text messages, defendant MIRANDA
19  arranged to sell eight AR-type short-barreled rifles to UC-3 in
20  exchange for $8,800.

21     Overt Act No. 28:   On or about December 3, 2024, after
22  departing from defendant MARCIAL's residence in Perris, California,
23  defendant MIRANDA drove to Orange, California, and delivered eight
24  AR-type .300 caliber short-barreled rifles, each bearing no serial
25  number, to UC-3 in exchange for $8,800 in cash.

26
27
28

COUNT TWO

[18 U.S.C. § 922(a)(1)(A); § 2(a)]

[DEFENDANTS MARCIAL and MIRANDA]

Beginning on an unknown date, but as early as in or around September 2023, and continuing until at least on or about December 3, 2024, in Orange and Riverside Counties, within the Central District of California, defendants ONOFRE MARCIAL, also known as "George," and ERIN YAIR MIRANDA, also known as "Blaster," not being licensed importers, manufacturers, or dealers of firearms, each aiding and abetting the other, willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms, on or about the following dates:

| DATE | DEFENDANT(S) | FIREARM(S) |
| --- | --- | --- |
| SEP. 28, 2023 | MIRANDA | a Colt .38 caliber revolver, bearing serial number 716706 |
| OCT. 6, 2023 | MIRANDA | an Intratec, model Tec-9, 9mm caliber pistol, bearing serial number 18372 |
| OCT. 19, 2023 | MIRANDA | an AR-type 5.56mm caliber pistol, bearing no serial number |
| NOV. 9, 2023 | MIRANDA and MARCIAL | an Anderson Manufacturing, model AM-15, multi-caliber rifle, bearing serial number 20320239 |
| NOV. 30, 2023 | MARCIAL | an Anderson Manufacturing, model AM-15, multi-caliber, short-barreled rifle, bearing serial number 20188188; and an AR-type 5.56mm caliber pistol, bearing no serial number |

| DATE | DEFENDANT(S) | FIREARM(S) |
|------|--------------|------------|
| JAN. 17, 2024 | MARCIAL | five AR-type short-barreled rifles, each bearing no serial number; and an AR-type rifle, bearing no serial number |
| FEB. 22, 2024 | MARCIAL | a Ruger, model 21160, .22 caliber rifle, bearing serial number 0008-32401; a Smith & Wesson, model TC Compass, 6.5mm Creedmoor caliber rifle, bearing serial number THV0544; and five AR-type short-barreled rifles, each bearing no serial number |
| MAR. 14, 2024 | MARCIAL | eight AR-type 5.56mm caliber short-barreled rifles, each bearing no serial number |
| MAY 9, 2024 | MARCIAL | six AR-type 5.56mm caliber short-barreled rifles, each bearing no serial number; and an AR-15 auto-sear (machinegun) |
| JUL. 26, 2024 | MARCIAL | seven AR-type 5.56mm caliber short-barreled rifles, each bearing no serial number |
| SEP. 17, 2024 | MARCIAL | eleven AR-type 5.56mm caliber short-barreled rifles, each bearing no serial number |
| NOV. 5, 2024 | MIRANDA and MARCIAL | five AR-type .300 caliber short-barreled rifles, each bearing no serial number |

| DATE | DEFENDANT(S) | FIREARM(S) |
|------|--------------|------------|
| DEC. 3, 2024 | MIRANDA and MARCIAL | eight AR-type .300 caliber short-barreled rifles, each bearing no serial number |

1

COUNT THREE

2

[18 U.S.C. § 922(g)(1); § 2(a)]

3

[DEFENDANT MARCIAL]

4      On or about November 9, 2023, in Orange County, within the

5  Central District of California, defendant ONOFRE MARCIAL, also known

6  as "George," aided and abetted by another person, knowingly possessed

7  a firearm, namely, an Anderson Manufacturing, model AM-15, multi-

8  caliber rifle, bearing serial number 20320239, in and affecting

9  interstate and foreign commerce.

10      Defendant MARCIAL possessed such firearms knowing that he had

11  previously been convicted of a felony crime punishable by a term of

12  imprisonment exceeding one year, namely, Possession for Sale of

13  Controlled Substance: Heroin, in violation of California Health and

14  Safety Code Section 11351, in the Superior Court for the State of

15  California, County of Orange, Case No. 12CF2329, on or about January

16  23, 2013.

17

18

19

20

21

22

23

24

25

26

27

28

1

COUNT FOUR

2

[18 U.S.C. § 922(g)(1)]

3

[DEFENDANT MARCIAL]

4      On or about November 30, 2023, in Riverside County, within the
5  Central District of California, defendant ONOFRE MARCIAL, also known
6  as "George," knowingly possessed a firearm, namely, an Anderson
7  Manufacturing, model AM-15, multi-caliber, short-barrel rifle,
8  bearing serial number 20188188, in and affecting interstate and
9  foreign commerce.

10     Defendant MARCIAL possessed such firearms knowing that he had
11 previously been convicted of a felony crime punishable by a term of
12 imprisonment exceeding one year, namely, Possession for Sale of
13 Controlled Substance: Heroin, in violation of California Health and
14 Safety Code Section 11351, in the Superior Court for the State of
15 California, County of Orange, Case No. 12CF2329, on or about January
16 23, 2013.

17

18

19

20

21

22

23

24

25

26

27

28

13

COUNT FIVE

[26 U.S.C. § 5861(d)]

[DEFENDANT MARCIAL]

On or about November 30, 2023, in Riverside County, within the Central District of California, defendant ONOFRE MARCIAL, also known as "George," knowingly possessed a firearm, namely, an Anderson Manufacturing, model AM-15, multi-caliber, short-barrel rifle, bearing serial number 20188188, which defendant MARCIAL knew to be a firearm and short-barreled rifle, as defined in Title 26, United States Code Sections 5845(a) and 5845(c), and which had not been registered to defendant MARCIAL in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code.

COUNTS SIX THROUGH TEN

[26 U.S.C. § 5861(d); 18 U.S.C. § 2(a)]

[DEFENDANT MARCIAL]

On or about January 17, 2024, in Riverside County, within the Central District of California, defendant ONOFRE MARCIAL, also known as "George," aided and abetted by another person, knowingly possessed five firearms, as set forth below, which defendant MARCIAL knew to be firearms and short-barreled rifles, as defined in Title 26, United States Code Sections 5845(a) and 5845(c), and which had not been registered to defendant MARCIAL in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code:

| COUNT | FIREARM |
|-------|---------|
| SIX | AR-type short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| SEVEN | AR-type short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| EIGHT | AR-type short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| NINE | AR-type short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| TEN | AR-type short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |

COUNT ELEVEN

[18 U.S.C. § 922(g)(1)]

[DEFENDANT MARCIAL]

On or about February 22, 2024, in Riverside County, within the Central District of California, defendant ONOFRE MARCIAL, also known as "George," knowingly possessed firearms, namely, a Ruger, model 21160, .22 caliber rifle, bearing serial number 0008-32401, and a Smith & Wesson, model TC Compass, 6.5mm Creedmoor caliber rifle, bearing serial number THV0544, each in and affecting interstate and foreign commerce.

Defendant MARCIAL possessed such firearms knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Possession for Sale of Controlled Substance: Heroin, in violation of California Health and Safety Code Section 11351, in the Superior Court for the State of California, County of Orange, Case No. 12CF2329, on or about January 23, 2013.

COUNTS TWELVE THROUGH SIXTEEN

[26 U.S.C. § 5861(d)]

[DEFENDANT MARCIAL]

On or about February 22, 2024, in Riverside County, within the Central District of California, defendant ONOFRE MARCIAL, also known as "George," knowingly possessed five firearms, as set forth below, which defendant MARCIAL knew to be firearms and short-barreled rifles, as defined in Title 26, United States Code Sections 5845(a) and 5845(c), and which had not been registered to defendant MARCIAL in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code:

| COUNT | FIREARM |
|---|---|
| TWELVE | AR-type short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| THIRTEEN | AR-type short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FOURTEEN | AR-type short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FIFTEEN | AR-type short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| SIXTEEN | AR-type short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |

17

1

                        COUNTS SEVENTEEN THROUGH TWENTY-FOUR

2

                           [26 U.S.C. § 5861(d)]

3

                            [DEFENDANT MARCIAL]

4     On or about March 14, 2024, in Riverside County, within the

5 Central District of California, defendant ONOFRE MARCIAL, also known

6 as "George," knowingly possessed eight firearms, as set forth below,

7 which defendant MARCIAL knew to be firearms and short-barreled

8 rifles, as defined in Title 26, United States Code Sections 5845(a)

9 and 5845(c), and which had not been registered to defendant MARCIAL

10 in the National Firearms Registration and Transfer Record, as

11 required by Chapter 53, Title 26, United States Code:

| COUNT | FIREARM |
|---|---|
| SEVENTEEN | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| EIGHTEEN | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| NINETEEN | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| TWENTY | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| TWENTY-ONE | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |

| COUNT | FIREARM |
|---|---|
| TWENTY-TWO | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| TWENTY-THREE | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| TWENTY-FOUR | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |

COUNTS TWENTY-FIVE THROUGH THIRTY

[26 U.S.C. § 5861(d)]

[DEFENDANT MARCIAL]

On or about May 9, 2024, in Riverside County, within the Central District of California, defendant ONOFRE MARCIAL, also known as "George," knowingly possessed six firearms, as set forth below, which defendant MARCIAL knew to be firearms and short-barreled rifles, as defined in Title 26, United States Code Sections 5845(a) and 5845(c), and which had not been registered to defendant MARCIAL in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code:

| COUNT | FIREARM |
| --- | --- |
| TWENTY-FIVE | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| TWENTY-SIX | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| TWENTY-SEVEN | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| TWENTY-EIGHT | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| TWENTY-NINE | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |

| COUNT | FIREARM |
|-------|---------|
| THIRTY | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |

COUNT THIRTY-ONE

[18 U.S.C. § 922(o)(1)]

[DEFENDANT MARCIAL]

On or about May 9, 2024, in Riverside County, within the Central District of California, defendant ONOFRE MARCIAL, also known as "George," knowingly possessed a machinegun, namely, an AR-15 auto-sear, which, as defendant MARCIAL knew, is a part designed and intended solely and exclusively for use in converting a weapon, namely, an AR-15-type rifle, into a machinegun, as that term is defined in Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b).

COUNTS THIRTY-TWO THROUGH THIRTY-EIGHT

[26 U.S.C. § 5861(d); 18 U.S.C. § 2(a)]

[DEFENDANT MARCIAL]

On or about July 26, 2024, in Orange County, within the Central District of California, defendant ONOFRE MARCIAL, also known as "George," aided and abetted by another person, knowingly possessed seven firearms, as set forth below, which defendant MARCIAL knew to be firearms and short-barreled rifles, as defined in Title 26, United States Code Sections 5845(a) and 5845(c), and which had not been registered to defendant MARCIAL in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code:

| COUNT | FIREARM |
| --- | --- |
| THIRTY-TWO | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| THIRTY-THREE | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| THIRTY-FOUR | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| THIRTY-FIVE | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| THIRTY-SIX | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |

| COUNT | FIREARM |
|-------|---------|
| THIRTY-SEVEN | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| THIRTY-EIGHT | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |

1          COUNTS THIRTY-NINE THROUGH FORTY-NINE

2              [26 U.S.C. § 5861(d)]

3              [DEFENDANT MARCIAL]

4      On or about September 17, 2024, in Riverside County, within the

5  Central District of California, defendant ONOFRE MARCIAL, also known

6  as "George," knowingly possessed eleven firearms, as set forth below,

7  which defendant MARCIAL knew to be firearms and short-barreled

8  rifles, as defined in Title 26, United States Code Sections 5845(a)

9  and 5845(c), and which had not been registered to defendant MARCIAL

10  in the National Firearms Registration and Transfer Record, as

11  required by Chapter 53, Title 26, United States Code:

| COUNT | FIREARM |
|---|---|
| THIRTY-NINE | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FORTY | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FORTY-ONE | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FORTY-TWO | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FORTY-THREE | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |

| COUNT | FIREARM |
|---|---|
| FORTY-FOUR | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FORTY-FIVE | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FORTY-SIX | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FORTY-SEVEN | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FORTY-EIGHT | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FORTY-NINE | AR-type 5.56 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |

COUNTS FIFTY THROUGH FIFTY-FOUR

[26 U.S.C. § 5861(d); 18 U.S.C. § 2(a)]

[DEFENDANTS MARCIAL and MIRANDA]

On or about November 5, 2024, in Orange County, within the Central District of California, defendants ONOFRE MARCIAL, also known as "George," and ERIN YAIR MIRANDA, also known as "Blaster," each aiding and abetting the other, knowingly possessed five firearms, as set forth below, which defendants MARCIAL and MIRANDA knew to be firearms and short-barreled rifles, as defined in Title 26, United States Code Sections 5845(a) and 5845(c), and which had not been registered to defendants MARCIAL and MIRANDA in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code:

| COUNT | FIREARM |
| --- | --- |
| FIFTY | AR-type .300 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FIFTY-ONE | AR-type .300 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FIFTY-TWO | AR-type .300 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FIFTY-THREE | AR-type .300 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FIFTY-FOUR | AR-type .300 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |

COUNTS FIFTY-FIVE THROUGH SIXTY-TWO

[26 U.S.C. § 5861(d); 18 U.S.C. § 2(a)]

[DEFENDANTS MARCIAL and MIRANDA]

On or about December 3, 2024, in Orange County, within the Central District of California, defendants ONOFRE MARCIAL, also known as "George," and ERIN YAIR MIRANDA, also known as "Blaster," each aiding and abetting the other, knowingly possessed eight firearms, as set forth below, which defendants MARCIAL and MIRANDA knew to be firearms and short-barreled rifles, as defined in Title 26, United States Code Sections 5845(a) and 5845(c), and which had not been registered to defendants MARCIAL and MIRANDA in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code:

| COUNT | FIREARM |
|---|---|
| FIFTY-FIVE | AR-type .300 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FIFTY-SIX | AR-type .300 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FIFTY-SEVEN | AR-type .300 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FIFTY-EIGHT | AR-type .300 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| FIFTY-NINE | AR-type .300 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |

| COUNT | FIREARM |
|-------|---------|
| SIXTY | AR-type .300 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| SIXTY-ONE | AR-type .300 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |
| SIXTY-TWO | AR-type .300 caliber short-barreled rifle, bearing no serial number, with a barrel less than 16 inches in length |

1                          FORFEITURE ALLEGATION

2            [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

3        1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4   Procedure, notice is hereby given that the United States of America

5   will seek forfeiture as part of any sentence, pursuant to Title 18,

6   United States Code, Section 924(d)(1), and Title 28, United States

7   Code, Section 2461(c), in the event of the defendant's conviction of

8   the offense set forth in Counts 39 through 49 of this Indictment.

9        2.    The defendant, if so convicted, shall forfeit to the United

10  States of America the following:

11           (a)   All right, title, and interest in any firearm or

12  ammunition involved in or used in such offense, including but not

13  limited to the following items, which were seized by law enforcement

14  from defendant MARCIAL's residence on September 17, 2024:

15                  i.    eleven AR-15 style 5.56 caliber short-

16                        barreled rifles of unknown manufacturer,

17                        bearing no serial number; and

18                  ii.   Anderson Manufacturing AR-15 lower

19                        receiver, bearing serial number 20188191;

20           (b)   To the extent such property is not available for

21  forfeiture, a sum of money equal to the total value of the property

22  described in subparagraph (a).

23       3.    Pursuant to Title 21, United States Code, Section 853(p),

24  as incorporated by Title 28, United States Code, Section 2461(c), the

25  defendant, if so convicted, shall forfeit substitute property, up to

26  the value of the property described in the preceding paragraph if, as

27  the result of any act or omission of the defendant, the property

28  described in the preceding paragraph or any portion thereof:

1   (a) cannot be located upon the exercise of due diligence; (b) has

2   been transferred or sold to, or deposited with, a third party;

3   (c) has been placed beyond the jurisdiction of the court; (d) has

4   been substantially diminished in value; or (e) has been commingled

5   with other property that cannot be divided without difficulty.

6                                        A TRUE BILL

7

8                                        /s/
                                         _____
                                         Foreperson

9

10  JOSEPH T. MCNALLY
    Acting United States Attorney

11

12  *Lindsey Greer Dotson*

13  LINDSEY GREER DOTSON
    Assistant United States Attorney

14  Chief, Criminal Division

15  ANNE C. GANNON
    Assistant United States Attorney

16  Chief, Orange County Office

17  JENNIFER L. WAIER
    Assistant United States Attorney

18  Deputy Chief, Orange County Office

19  ROBERT J. KEENAN
    Assistant United States Attorney

20  Orange County Office

21

22

23

24

25

26

27

28